IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JESSIE EARL JAMES,                  )
                                    )
            Plaintiff,              )
                                    )
v.                                  ) No. CIV-12-389-FHS
                                    )
TOM MONTGOMERY and DONNA DAVIS,     )
                                    )
            Defendants.             )

## OPINION AND ORDER

     Before the Court for its consideration are the Motions to
Dismiss (Dkt. Nos. 14 and 17) filed on behalf of Defendants Tom
Montgomery ("Montgomery") and Donna Davis ("Davis"), respectively.
Plaintiff's response to Montgomery's Motion to Dismiss was due on
February 26, 2013, but no response was filed.  Plaintiff's response
to Davis' Motion to Dismiss was due on March 5, 2013, but no
response was filed.  On March 6, 2013, the Court entered an order
directing Plaintiff to file a response to Montgomery's Motion to
Dismiss by March 11, 2013, and to Davis' Motion to Dismiss by March
18, 2013.  The Court informed Plaintiff that his failure to file
responses would result in the motions being deemed confessed
pursuant to Local Rule 7.1(h).  Plaintiff has failed to file
responses by the March 11 and March 18, 2013, deadlines.
Consequently, the Motions to Dismiss (Dkt. Nos. 14 and 17) are
granted as confessed by Plaintiff.

     The Court has also conducted an independent review of the
motions and concurs with Defendants' arguments.  Specifically, the
Court finds that dismissal is appropriate as to both Defendants
under Rule 12(b)(1) of the Federal Rules of Civil Procedures for
the reason that Plaintiff's complaint fails to invoke this Court's

1

subject matter jurisdiction under either diversity of citizenship jurisdiction or federal question jurisdiction.  Additionally, as to Defendant Davis, dismissal is appropriate under Rule 12 (b)(6) of the Federal Rules of Civil Procedure as Plaintiff's complaint fails to state a claim upon which relief can be granted.  As to  Davis, Plaintiff's complaint does not "contain enough allegations of fact 'to state a claim to relief that is plausible on its face.'" Robbins v. Okla. ex rel. Dep't of Soc. Servs., 519 F.3d 1242, 1247 (10th Cir. 2008)(quoting Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007)).

Based on the foregoing reasons, Defendants' Motions to Dismiss (Dkt. Nos. 14 and 17) are granted and this action is ordered dismissed in its entirety.

It is so ordered this 21st day of March, 2013.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma

2